[No. 47339-9-II. Division Two. January 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK MARK LOUGHREY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00504-2, Suzan L. Clark, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47788-2-II. Division Two. January 4, 2017.]

DAMEAS DURANZAN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-09595-9, Vicki L. Hogan, J., entered June 4, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 47890-1-II. Division Two. January 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER DAVID ROBB, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00868-6, Gregory M. Gonzales, J., entered August 5, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.

[No. 48322-0-II. Division Two. January 4, 2017.]

LONNIE RAY TRAYLOR, *Appellant*, v. MOST WORSHIPFUL PRINCE HALL GRAND LODGE F & A.M. WASH. & JURISDICTION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-14181-1, Bryan E. Chushcoff, J., entered November 18, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.